IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| FALL LINE PATENTS, LLC | § § | |
| V. | § § | CAUSE NO. 5:24-CV-167 |
| 7-ELEVEN, INC., et al | § | |

MINUTES FOR MOTIONS HEARING
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
JULY 31, 2025

OPEN: 9:53 a.m.                                                                                   ADJOURN: 12:02 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Matthew Antonelli and Larry Thompson |
| ATTORNEYS FOR DEFENDANTS: | Michael Smith, John Hutchins and Michael Rueckheim |
| LAW CLERK: | Joe Hillman |
| COURTROOM DEPUTY: | Shedera Combs |
| COURT REPORTER: | Shelly Holmes |

| | |
|---|---|
| 9:53 a.m. | Case called; Parties introduce themselves and announce ready; Court welcomes everyone and gives preliminary comments |
| 9:56 a.m. | Michael Rueckheim argues motion to dismiss |
| 10:01 a.m. | Court questions re DDI and DDE; Mr. Rueckheim responds |
| 10:08 a.m. | Court questions re trademark; Mr. Rueckheim responds |
| 10:17 a.m. | Larry Thompson responds to motion argument |
| 10:57 a.m. | Mr. Rueckheim responds |
| 11:06 a.m. | John Hutchins argues motion to transfer |
| 11:07 a.m. | Court questions re Oklahoma DJ action; Mr. Hutchins responds |

| | |
|---|---|
| 11:28 p.m. | Court questions re schedule in Oklahoma case; Mr. Hutchins responds |
| 11:31 p.m. | Matt Antonelli responds to motion argument |
| 11:55 p.m. | Mr. Hutchins responds |
| 11:56 p.m. | Court questions re PTAB; Mr. Hutchins responds |
| 12:00 p.m. | Court questions re not joining 101 motion; Mr. Hutchins responds |
| 12:01 p.m. | Mr. Rueckheim moves to extend mediation deadline between DoorDash and Fall Line to August 22; Mr. Antonelli does not oppose; Court grants extension |
| 12:02 p.m. | Adjourn |